UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELBERT L. HASKINS,<br><br>          Plaintiff,<br><br>   v.<br><br>S. HIGUERA, et al.,<br><br>          Defendants. | Case No. 1:20-cv-01429-JLT (PC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME**<br><br>(Doc. 15) |

    Defendants request a 60-day extension of time to file a responsive pleading to Plaintiff's complaint. (Doc. 15.) The current deadline to respond to the complaint is August 2, 2021. (*See* Docs. 11, 13.) Upon review of Defendants' motion, including defense counsel's supporting declaration, the Court finds good cause to grant the request. Accordingly, Defendants' motion is GRANTED. Defendants shall have until October 1, 2021, to respond to Plaintiff's complaint. The motion hearing set for September 28, 2021 is VACATED.

IT IS SO ORDERED.

    Dated:  **August 1, 2021**                 **/s/ Jennifer L. Thurston**
                                                              CHIEF UNITED STATES MAGISTRATE JUDGE